**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-2560**

─────────────

GEORGE J. FOXX,

Plaintiff - Appellant,

versus

RICHARD DANZIG, Secretary, United States Navy,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-99-558-A)

─────────────

Submitted: April 27, 2000                    Decided: May 3, 2000

─────────────

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

George J. Foxx, Appellant Pro Se. Richard Parker, Arthur Erwin Peabody, Jr., Gary K. Springstead, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George J. Foxx appeals the district court's orders granting summary judgment to the Defendant in this employment discrimination action and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Foxx v. Danzig, No. CA-99-558-A (E.D. Va. Oct. 1 & Nov. 9, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's orders are marked as "filed" on September 28 and November 5, 1999, the district court's records show that the orders were entered on the docket sheet on October 1 and November 9, 1999, respectively. Pursuant to Fed. R. Civ. P. 58 and 79(a), we consider the date the orders were entered as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).